**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br><br>DONALD JOHNSON and HAEDEUK YAE,<br><br>Plaintiffs,<br><br>CHROMOLOGIC LLC and NARESH MENON,<br>Defendants. | Civil Action No. 21-2184(RJL)<br>FILED UNDER SEAL |

**THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO <u>DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.



RECEIVED
MAY 30 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYTON
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

MATTHEW GRAVES
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY:
/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice to be served upon Relator's Counsel via Certified Mail at the following address:

Julie A. Grohovsky
900 Seventh Street, NW Suite 725
Washington, D.C. 20001
Fax: (202) 466-2693

Timothy J. McInnis
521 Fifth Avenue, 17th Floor
New York, NY 10175
Fax: (212) 292-4574

___/s______________________________
BENTON PETERSON
ASSISTANT UNITED STATES ATTORNEY